# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPITAL SUPPRESSION COMPANY, LLC, t/a UNIPRO | CIVIL ACTION |
| v. | |
| MICHAEL KURANT, JACOB WILLIAMS, NANCY KURANT and MAXIMUM FIRE PROTECTION, LLC | NO. 19-2759 |

## ORDER

**NOW,** this 19th day of December, 2019, upon consideration of the Defendants' Motion to Dismiss, Or, Alternatively, to Transfer Venue (Document No. 5), the plaintiff's response, the defendants' reply, and the plaintiffs' supplemental reply, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 1631, this action is **TRANSFERRED** to the United States District Court for the District of Maryland.

/s/ TIMOTHY J. SAVAGE J.